STATE of Missouri, Respondent,

v.

Kurt WERDER, Appellant.

No. 70505.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 18, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 1, 1997.

Application to Transfer Denied
Aug. 19, 1997.

Richard H. Sindel & Jerilyn E. Lipe, Clayton, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Asst. Attorney General, Jefferson City, for Respondent.

Before AHRENS, C.J., and CRANDALL and KAROHL, JJ.

### ORDER

PER CURIAM.

Appellant, Kurt Werder, appeals from the judgment of convictions of two counts of statutory sodomy in the first degree, § 566.062 RSMo (1994), entered pursuant to jury verdicts. The trial court sentenced him as a prior offender to ten years' imprisonment on each count, the sentences to run concurrently.

We have reviewed the record and find that no jurisprudential purpose would be served by a written opinion. The judgment of convictions is affirmed. Rule 30.25(b).

Billy WOODY, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 70486, 70523.

Missouri Court of Appeals,
Eastern District,
Division One.

April 22, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 14, 1997.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Fernando Bermudez, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).